John Collins, Respondent, *v.* Stephen A. Ralli et al., Appellants.

(Argued May 7, 1881; decided May 31, 1881.)

Reported below (20 Hun, 246).

*Coudert Brothers* for appellants.

*Freling H. Smith* for respondent.

*Per Curiam.* Mem. for affirmance on opinion of Pratt, J., in court below.
All concur.
Judgment affirmed.

---

Charles W. Phillips, Appellant, *v.* Nathan A. Dye et al., Respondents.

(Argued May 12, 1881; decided May 31, 1881.)

*Samuel Hand* for appellant.

*D. H. Bolles* for respondents.

Agree to affirm on opinion of Daniels, J., in court below.
All concur.
Judgment affirmed.